JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHRISTOPHER WILLIAMS, ) | CASE NO. CV 06-07901 DDP (SS) |
| ) Petitioner, ) | **JUDGMENT** |
| ) v. ) | |
| JOHN L. NORWOOD, Warden, ) | |
| ) Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/1/08

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE